REMOVAL, TERMED

# U.S. District Court
# United States District Court for the Southern District of Iowa (Western)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00015-JEG-TJS
# Internal Use Only

Bomer v. Davol Inc
Assigned to: Judge James E. Gritzner
Referred to: Magistrate Judge Thomas J. Shields
Case in other court: District of Rhode Island, 1:07-MDL-1842-ML
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/18/2008
Date Terminated: 06/10/2008
Jury Demand: Both
Nature of Suit: 245 Tort Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Ronald E Bomer**

represented by **Christopher P Welsh**
Welsh & Welsh, PC, LLO
400 Scoular Bldg.
2027 Dodge Street, Ste. 400
Omaha, NE 68102
402 384 8160
Fax: 384 8211
Email: cwelsh@welsh-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc., Sub. C.R. Bard, Inc.**

represented by **Tracy Lynn Deutmeyer**
McGrath North Mullin & Kratz, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, NE 68102
402 341 3070
Fax: 402 341 0216
Email: tdeutmeyer@mcgrathnorth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2008 | 7 | Letter: MDL's order transferring case to the District of Rhode Island (don) (Entered: 06/10/2008) |

| | | |
|---|---|---|
| 06/05/2008 | 6 | Letter from MDL panel clerk to Clerk, District of Rhode Island re MDL No. 1842 IN RE: Kugel Mesh Hernia Patch Products Liability Litigation with Conditional Transfer Order (CTO-19) attached. (sc) (Entered: 06/05/2008) |
| 04/23/2008 | 5 | ANSWER to Complaint *and Affirmative Defenses* by Davol Inc., Sub. C.R. Bard, Inc..(Deutmeyer, Tracy) (Entered: 04/23/2008) |
| 04/23/2008 | 4 | Letter from deputy clerk to MDL Panel re:potential tag-a-long to In Re: Kugel Mesh Hernia Patch Products Liability Litigation, #1842 (ljf, ) (Entered: 04/23/2008) |
| 04/18/2008 | 3 | STATEMENT *LR 81.1(a)*. (Deutmeyer, Tracy) (Entered: 04/18/2008) |
| 04/18/2008 | 2 | Corporate Disclosure/Statement of Interest by Davol Inc.. (Deutmeyer, Tracy) (Entered: 04/18/2008) |
| 04/18/2008 | 1 | NOTICE OF REMOVAL by Davol Inc. from District of Iowa in and for Pottawattamie County, case number 04781 LACV 96371. Filing fee paid in the amount of $ 350., filed by Davol Inc.. Rule 16 Notice of Dismissal set for 7/17/2008. (Attachments: # 1 Exhibit A - State Court Pleadings, # 2 Exhibit B - Lord v. Davol Inc. & C.R. Bard, Inc., # 3 Exhibit C - Sanchez v. Davol Inc. & C.R. Bard, Inc., # 4 Exhibit D - Montgomery v. Davol Inc. & C.R. Bard, Inc., # 5 Exhibit E - Staton v. Davol Inc. & C.R. Bard, Inc., et al.)(Deutmeyer, Tracy) (Entered: 04/18/2008) |